

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

February 9, 2022

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States* v. *Ardae Hines*, **22 Cr. 42**

Dear Judge Davison:

      The Government respectfully requests that the indictment in the above-referenced case be unsealed.

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                           United States Attorney

                                   by: _____
                                   Lindsey Keenan / Samuel Raymond
                                   Assistant United States Attorneys
                                   (212) 637-1565 / 6519

So Ordered,

2/9/22