

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10601*

April 27, 2023

**BY ECF**
Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

        **Re:**    **United States v. Ardae Hines, a/k/a "Young Money," a/k/a, "YM,"**
                **22 Cr. 42 (CS)**

Dear Judge Seibel:

       The Government and defense counsel write to respectfully request that the Court adjourn the deadline for filing of motions *in limine*, currently scheduled for April 28, 2023, to May 3, 2023. The parties are discussing a potential resolution and request the additional time to complete those discussions.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

by:   *Samuel L. Raymond*
            Lindsey Keenan
            Jacqueline Kelly
            Samuel Raymond
            Assistant United States Attorneys
            (212) 637-1565 / 2456 / 6519

cc: Sean Maher, Esq.